IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 6:04-CR-40 |
| | § | |
| KAMERON JOE MONK | § | |

## REPORT & RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

On April 30, 2014, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Kameron Joe Monk. The government was represented by Alan Jackson, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Ken Hawk.

Defendant originally pled guilty to the offenses of Possession of Material Involving the Sexual Exploitation of Minors, a Class C felony. This offense carried a statutory maximum imprisonment term of 20 years. The United States Sentencing Guideline range, based on a total offense level of 32 and a criminal history category of I, was 121 to 151 months. On February 7, 2005 U.S. District Judge William M. Steger of the Easter District of Texas sentenced Defendant to 121 months imprisonment followed by 3 years supervised release, subject to the standard conditions of release plus special conditions to include financial disclosure, mental health treatment, compliance with sex offender registration laws, participation in a sex offender treatment program, no contact with children under the age of 18, computer restrictions, no internet access, prohibition from possessing sexually explicit material, employment restrictions, prohibition from paces where minor children congregate, and a $100 special assessment. On December 7, 2005, U.S. District Judge William M. Steger signed an order reducing Defendant's term of imprisonment to 108 months pursuant to a motion from the government for substantial

assistance.  On March 19, 2013 Kameron Joe Monk completed his period of imprisonment and began his term of supervised release.

On April 12, 2013, the case was reassigned to Chief U.S. District Judge Leonard Davis. On December 19, 2013 the Defendant's terms of supervised release were modified to include 180 days in a residential reentry center.

In pertinent part, the government's petition alleges that Defendant violated his terms of supervised release by admitting that he viewed sexually explicit material on a cell phone approximately 1-8 times a day during July, August, September, October, and November 2013.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by possessing or viewing any images in any form of media or in any live venue that depicts sexually explicit conduct as defined in 18 U.S.C. § 2256(2), Defendant will have committed a Grade C violation.  U.S.S.G. § 7B1.1(a).  Upon a finding of a Grade C violation, the Court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision.  U.S.S.G. § 7B1.3(a)(2).  Considering Defendant's criminal history category of I, the Guideline imprisonment range for a Grade C violation is 3 to 9 months.  U.S.S.G. § 7B1.4(a).

At the hearing, Defendant pled true to the allegations set forth above.  The government recommended a term of imprisonment of 9 months.

Pursuant to the Sentencing Reform Act of 1984, and the agreement of the parties, the Court **RECOMMENDS** that Kameron Joe Monk be committed to the custody of the Bureau of Prisons for a term of imprisonment of 9 months, to include any unserved community confinement time, and with no supervised release to follow.  The Court further **RECOMMENDS** that the place of confinement be FCI Seagoville, Texas.

Defendant has waived his right to object to the findings of the Magistrate Judge in this matter so the Court will present this Report and Recommendation to Chief U.S. District Judge Leonard Davis for adoption immediately upon issuance.

**So ORDERED and SIGNED this 6th day of May, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE